# Exhibit 3

# Marnix Leijten



T +31 20 577 1609
E marnix.leijten@debrauw.com

Marnix Leijten is a noted specialist in cross-border litigation and international arbitration. His experience includes a wide variety of high stakes commercial and investor state arbitrations, as well as complex enforcement and setting aside disputes. According to Chambers 2016 he is "widely regarded" as the best arbitration practitioner in the Netherlands as well as a "top choice' in commercial litigation. Who's Who Legal Arbitration 2016 refers to Marnix as a "standout" in the Netherlands.

Marnix handles arbitration and arbitration related litigation cases in a wide variety of industry sectors, administered by the world's leading arbitration institutes and seated in many different countries. His work includes energy, distribution, technology, electronics, IT, rail and air transport, public law, investment, projects and M&A disputes.

Marnix was the Dutch member of the ICC International Court of Arbitration from 2006-2015, and is currently one of its Vice-Presidents. Marnix is co-chairing the ICC Commission's Task Force on Emergency Arbitration. He is an active member of the ICC Institute of World Business Law, the ICC Commission on Arbitration, of ICCA and of the IBA Arbitration Committee. Marnix frequently teaches, lectures and publishes on arbitration and cross-border litigation related topics.

**Marnix' current work includes advising**

- The former majority shareholders of Yukos, as lead counsel, on the Russian Federation's setting aside actions against the USD 50 billion UNCITRAL awards obtained by them, including advising on enforcement in various global jurisdictions
- Achmea on two investment arbitrations (UNCITRAL) against the Slovak Republic, on enforcement and setting aside litigation in various European countries and the ECJ
- A mining investor in enforcement proceedings in the Hague courts in relation to a USD 1 billion ICSID award rendered against a Latin American state.
- A major steelproducer in multi-jurisdictional proceedings regarding the enforcement of an annulled arbitral award worth USD 350 million
- Enel SpA in multi jurisdictional proceedings defending against the the recognition of an Albanian court judgment for EUR 450 million on grounds of breach of due process and natural justice
- An investor on an ECT arbitration at ICSID against Croatia
- GasTerra (Shell/Exxon/Dutch State JV) on several multi billion arbitrations under its long-term contracts for the export of Dutch natural gas
- Royal Dutch Shell on various high stakes confidential disputes in Europe in litigation and arbitration