# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF ) <br> HULLEY ENTERPRISES LTD., ) <br> YUKOS UNIVERSAL LTD., and ) <br> VETERAN PETROLEUM LTD. FOR AN ) <br> ORDER PURSUANT TO 28 U.S.C. § 1782 ) <br> TO CONDUCT DISCOVERY FOR USE IN ) <br> A FOREIGN PROCEEDING ) <br> ) | Misc. Action No. _____ |

## DECLARATION OF CHRISTOPHER M. RYAN IN SUPPORT OF HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., AND VETERAN PETROLEUM LTD.'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

I, Christopher M. Ryan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the Bar of the District of Columbia and a partner at the law firm of Shearman & Sterling LLP, counsel of record for Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd. in the above captioned action. I submit this declaration in support of Petitioners' Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. As set forth in Petitioners' Application and Statement of Points and Authorities, the exhibits accompanying this declaration, and other papers filed with this submission, Petitioners seek discovery for use in connection with *Veteran Petroleum Limited, Yukos Universal Limited, Hulley Enterprises Limited v. The Russian Federation*, Case No. 200.197.079/01, an ongoing litigation pending in the Court of Appeal of The Hague.

1

2.      Petitioner seeks discovery in Washington, D.C. of Baker Botts, LLP ("**Baker Botts**") and Mr. Ryan E. Bull ("**Mr. Bull**") to obtain evidence of efforts by the Russian Federation, both directly and indirectly through its agents, to interfere with and manipulate foreign judicial proceedings. Baker Botts and Mr. Bull allegedly were involved in those efforts and would possess both documentary evidence and direct knowledge relating to this issue.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Subpoena to Testify at a Deposition for Use in a Foreign Proceeding that Petitioners seek to issue to Baker Botts.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the Subpoena to Testify at a Deposition for Use in a Foreign Proceeding that Petitioners seek to issue to Mr. Bull.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the Subpoena to Produce Documents for Use in a Foreign Proceeding that Petitioners seek to issue to Baker Botts.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the Subpoena to Produce Documents for Use in a Foreign Proceeding that Petitioners seek to issue to Mr. Bull.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of a page downloaded from Baker Botts LLP's website showing the address of the firm's Washington D.C. Office. *Global Reach: Washington,* BAKER BOTTS LLP, http://www.bakerbotts.com/offices/washington (last visited May 11, 2017).

8.      Attached hereto as **Exhibit 6** is a true and correct copy of a page downloaded from Baker Botts LLP's website stating that the firm has approximately 725 attorneys in 14 offices worldwide. *About Us: Overview,* BAKER BOTTS LLP, http://www.bakerbotts.com/aboutus/overview (last visited May 11, 2017).

9. Attached hereto as **Exhibit 7** is a true and correct copy of Mr. Bull's attorney webpage downloaded from Baker Botts LLP's website. *Ryan E. Bull*, BAKER BOTTS LLP, http://www.bakerbotts.com/people/b/bull-ryan-e (last visited May 11, 2017).

10. Attached hereto as **Exhibit 8** is a true and correct copy of Izabella Sarkisyan's attorney webpage downloaded from Baker Botts LLP's website. *Izabella Sarkisyan*, BAKER BOTTS LLP, http://www.bakerbotts.com/people/s/sarkisyan-izabella (last visited May 11, 2017).

11. Attached hereto as **Exhibit 9** is a true and correct copy of an English translation of the following article: Joep Dohmen, Renée Postma, *Rosneft manipulated the judicial process in The Netherlands*, NRC (Nov. 24, 2016) ("**Article 1**"), included with the original in Dutch.

12. Attached hereto as **Exhibit 10** is a true and correct copy of an English translation of the following article: Joep Dohmen, Renée Postma, *How Rosneft Turned Rule of Law to Its Own Advantage*, NRC (Nov. 24, 2016) ("**Article 2**"), included with the original in Dutch. This exhibit contains sub-appendices numbered **Exhibit 10(1) – Exhibit 10(10)**, which are true and correct copies of the images, videos, and documents embedded in Article 2.

   a. **Exhibits 10(1)(a) – (1)(d)** include, an English translation and the Dutch originals of the following: (a) an image of the Yukos logo "1993: Formation of Yukos"; (b) an image of an Associated Press video captioned "2006: Bankruptcy"; (c) an image of a *Financial Times Business* video captioned "2014: $50 billion fine after takeover by Rosneft"; and (d) an image of the European Human Rights Court captioned "2015: Russian legislation takes precedence over European."

3

b. **Exhibit 10(2)** is an English translation of an affidavit from Judge Surik Ghazaryan ("**Judge Ghazaryan**") executed on October 19, 2012 in Los Angeles, CA, included with the original in Dutch.

c. **Exhibit 10(3)** is an English translation of an image of a timeline from February 2011 through November 2016 of the involvement of Baker Botts, Ms. Izabella Sarkisyan, Rosneft, Mr. Bull, and Mr. Edward Mouradian ("**Mr. Mouradian**") in the alleged manipulation of Judge Ghazaryan and the Armenian Proceedings, titled "The Case: Who is the boss of Yukos's foreign branches?" included with the original in Dutch.

d. **Exhibits 10(4)(a) – (4)(b)** are copies of an email chain between Mr. Nikita Tolstikov and Ms. Elena Zavaleeva ("**Ms. Zavaleeva**") from June 21 – 25, 2010 with the subject "Armenian News."

e. **Exhibit 10(5)** is an English translation of a copy of an email from Mr. Mouradian to Mr. Karapet Badalyan on July 17, 2010 with the Subject "X," included with the original in Armenian. **Exhibit 10(6)** is an image of the top half of the email described in **Exhibit 10(5)**.

f. **Exhibit 10(7)** is an English translation of an image of the top half of a track changed document, "the decision of the RA Court of Civil Appeals Civil Case No. YAKD/1494/02/10" dated May 11, 2011, included with the original in Armenian.

g. **Exhibit 10(8)** is an English translation of an image of a track changed document, "the decision of the RA Court of Civil Appeals Civil Case No. YAKD/1494/02/10" dated May 11, 2011, included with the original in Armenian.

h. **Exhibit 10(9)(a)** is a copy of an email from Ms. Zavaleeva to Mr. Mouradian and Mr. Bull on July 19, 2010 with the subject "case No. 0002," and **Exhibit 10(9)(b)** is a copy of the attachment to that email entitled "Briefing note that answers the interests of the Company on the substantive part of the decision of the Cassation court on the dismissal of the Cassation appeal of Yukos CIS Inv. as presented by Karen Petrosyan on case N 0002 [*sic*]."

i. **Exhibits 10(10)(a) – (10)(d)** include: (a) an image of the Baker Botts logo with Baker Botts' response claiming the allegations that any Baker Botts lawyers "perverted justice in Armenia is false" and declining to comment further due to client confidentiality; (b) an image of a quote from Rosneft stating allegations of misconduct in the Armenian proceedings were strongly denied and settled years ago; (c) an image of a quote from Mr. Mouradian denying any improper influence of court decisions by Prudence Legal and declining to elaborate based on attorney-client confidentiality; (d) an image of the Yukos logo and quoted text from the Yukos Foundations' board stating that "this case shows the extent to which the Russian Federation will go to manipulate the legal process and ignore the rule of law."

13. Attached hereto as **Exhibit 11** is a true and correct copy of the following article: Catherine Belton, Michael Stott, *Rosneft lawyers manipulate Yukos rulings emails suggest*, from the *Financial Times* (Nov. 28, 2016) ("**Article 3**").

14. Attached hereto as **Exhibit 12** is a true and correct copy of a letter from Matthew D. Slater and Claudia Annacker, Cleary Gottlieb Steen & Hamilton LLP, to L. Yves Fortier, Dr. Charles Poncet, and Judge Stephen M. Schwebel, chairman and members of the Tribunal (Nov. 4, 2010) in *Hulley Enterprises Limited (Cyprus) v. The Russian Federation*, PCA Case No. AA 226; *Yukos Universal Limited (Isle of Man) v. The Russian Federation*, PCA Case No. AA 227; and *Veteran Petroleum Limited (Cyprus) v. The Russian Federation*, PCA Case No. AA 228, providing notice that Baker Botts LLP had joined as counsel of record for the Russian Federation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2017, in Washington, D.C.

Christopher Ryan (DC Bar No. 476661)
SHEARMAN & STERLING LLP
401 9th Street, N.W.
Washington, D.C. 20004-2128
Telephone: (202) 508-8000
E-mail: christopher.ryan@shearman.com