# Exhibit 5



# Global Reach

## Washington

The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
United States
P:+1.202.639.7700
F:+1.202.639.7890

Directions

SCROLL TO LEARN MORE

ASIA PACIFIC

EUROPE

LATIN AMERICA & CARIBBEAN

MIDDLE EAST & AFRICA

NORTH AMERICA

RUSSIA & THE CIS

## Summary

In 1973, Baker Botts was one of the first national firms to establish a permanent Washington-based office. The office was enhanced in 2001 with the addition of Miller, Cassidy, Larroca & Lewin, a renowned litigation boutique firm that expanded our litigation practice and enhanced our national reputation in white collar criminal defense. In 2011, 40 award-winning global antitrust lawyers joined the Washington office, making our antitrust competition practice one of most renowned in the United States.

Today, our Washington office provides a full range of legal services, including lobbying, advice on governmental affairs, appellate, antitrust, corporate and securities, energy, environmental, intellectual property and technology, international arbitration and dispute resolution, project development, tax, technology and white collar crime.

Our lawyers represent foreign governments and private clients throughout the world.

Many of our lawyers have worked in the executive, legislative and judicial branches of the federal government. This experience base allows us to advise clients using first-hand knowledge and perspectives of the government's counter parties. This insight also provides our clients with a keen understanding of the various elements of policy formulation and implementation as related to enforcement initiatives, rulemaking and other federal procedures. The broad capabilities of our team allow us to respond quickly to any challenge, including formulating effective crisis responses for clients facing major challenges associated with today's reporting environment.

**City Facts**

 Named the nation's "coolest" city by *Forbes* with its share of entertainment, natural beauty, and ethnically and culturally diverse population.

 Like hiking? The DC/Maryland/Virginia area is home to Great Falls, Old Rag Mountain in Shenandoah National Park and a portion of the Appalachian Trail.

 Nearly 30% of the metro area's population is between the ages of 20 and 34.

 The Metro has 91 stations in the D.C. area making it easy to get around the busy city.

 Home to more than 170 embassies and cultural centers, D.C. offers some of the best cultural festivals and events in the country.

 Ranked the Fittest Metropolitan Area in the U.S. by American Fitness Index.

 Ranked #1 on EPA's list of cities with the most ENERGY STAR buildings: a record 686 and counting!

 The city's beautiful and sprawling skyline is due to a 130 foot limit on building height.

**CONTACTS**

**Partner in Charge:**
John Taladay
john.taladay@bakerbotts.com
+1.202.639.7909

**Lawyer Recruiting Contact:**
Katie Castonguay Kizzier
katie.kizzier@bakerbotts.com
+1.202.639.7848

**Client Relations Contact:**
Caitlin White
caitlin.white@bakerbotts.com
+1.202.639.7780

**Office Administrator/Staff Recruiting Contact:**
Nancy Leap
nancy.leap@bakerbotts.com
+1.202.639.7857

## VIEW ALL RELATED PEOPLE

LOCATIONS:
AUSTIN | BEIJING | BRUSSELS | DALLAS | DUBAI | HONG KONG | HOUSTON | KUWAIT ALLIANCE | LONDON | MOSCOW | NEW YORK | PALO ALTO | RIYADH | SAN FRANCISCO | WASHINGTON

© 2017 Baker Botts L.L.P.