# Exhibit 6



# About Us

Overview

Overview

**Social Media Directory**

**Blogs:**
PTAB Trials Blog

**Facebook:**
Baker Botts L.L.P.

**Instagram:**
Baker Botts

**LinkedIn:**
Baker Botts
Baker Botts Mexico Energy
Reform Group
Baker Botts London Alumni

**Twitter:**
@BakerBotts
@BakerBotts_RD

**Youtube:**
Baker Botts

**B**aker Botts is a full-service, leading global law firm, recognized for our understanding of the industries we serve.

  

  

Our firm has a long, distinguished tradition of service to our clients, tracing our history back to the 1840s. During the earliest days of Houston, Baker Botts represented the burgeoning industries of cotton merchants, brokers and railroads.

Today, Baker Botts has offices around the world. Since the 1840s, we have served leading industries, organizations and individuals, while staying at the forefront of emerging technologies.

We have the experience, the knowledge and the people to solve our clients' most significant legal challenges. For more than 175 years, we have demonstrated an unrelenting commitment to excellence.

As a result of the firm's long history of international practice, Baker Botts has developed an extensive network of correspondent counsel at the most prestigious firms in virtually all commercial centers of the world. Our relationship with these firms

## Tweets by @bakerbotts





**Baker Botts**
@bakerbotts

Tonight #BakerBotts partner Nick Schuneman will rock out at #LawRocks #Austin @TheGatsbyAustin for #ATX #nonprofits! bit.ly/2qW1tgX

6h

**Baker Botts**
@bakerbotts

@bakerbotts represents #Shell in separation of its Motiva #JointVenture with subsidiary of #SaudiAramco bit.ly/2qww3N5

**Baker Bo…**
Baker Bott…
bakerbotts…

6h

Baker Botts Retweeted

Embed    View on Twitter

enables Baker Botts to provide our clients with facilities and legal capabilities on a global basis.

Lex Mundi is an international association of 160 independent, premier law firms worldwide. Our membership in this prestigious group helps us to better serve our clients by providing immediate access to many of the leading law firms around the world. Baker Botts proudly serves as the Lex Mundi firm for the state of Texas.

The Pacific Rim Advisory Council is an international law firm association with a unique strategic alliance within the global legal community providing for the exchange of professional information among its 30 top tier independent member law firms. Baker Botts proudly serves as the PRAC firm for the state of Texas.

 

LOCATIONS:

AUSTIN | BEIJING | BRUSSELS | DALLAS | DUBAI | HONG KONG | HOUSTON | KUWAIT ALLIANCE | LONDON | MOSCOW | NEW YORK | PALO ALTO | RIYADH | SAN FRANCISCO | WASHINGTON

© 2017 Baker Botts L.L.P.