# Exhibit 7



# Ryan E. Bull

Partner
ryan.bull@bakerbotts.com

Washington
P: +1.202.639.7986
F: +1.202.585.4064



## Practices

General Commercial Litigation

Government Contracts

International Arbitration and Dispute Resolution

Litigation

## Education

J.D., The University of Texas School of Law 2000
*with honors*

Order of the Coif
Associate Editor, *Texas Law Review*

B.A., history and Russian, Vanderbilt University 1994
*cum laude*

## Admission & Affiliations

District of Columbia Bar

State Bar of Texas

Ryan Bull assists clients with complex international disputes of all types. He has led or been actively involved in commercial arbitrations on behalf of major American, Russian, Chinese, French and Korean companies, as well as investor-state arbitrations. He has also prosecuted and defended claims raising a wide range of international and commercial legal issues in U.S. trial and appellate courts, and coordinated the prosecution and defense of claims in civil law and common law jurisdictions in the Caribbean, Europe and Asia.

Mr. Bull also counsels clients on internationals disputes issues in connection with large transactions, including dispute resolution planning and strategy.

Mr. Bull is proficient in Russian, and from 1994 to 1997 worked as a management consultant in Ukraine on the privatization of medium-scale and large-scale enterprises in various industrial sectors.

Following graduation from law school, Mr. Bull served as a law clerk to the Honorable Fortunato P. Benavides of the United States Court of Appeals for the Fifth Circuit.

## Related Experience

Arbitration

United States Courts of Appeals for the Second, Fifth, Eleventh, District of Columbia and Federal Circuits

United States District Courts for the Eastern District of Texas and the District of Columbia

- Defense of U.S. federal agency in arbitration governed by American Arbitration Association's commercial arbitration rules involving allegations of breach of contract and claimed damages in excess of $300 million
- Defense of Russian entity in Stockholm Chamber of Commerce arbitration involving claim for $300 million for violation of investment agreement obligations and allegation of corruption
- Defense of sovereign state in UNCITRAL arbitration under the Energy Charter Treaty regarding alleged expropriation and violations of other substantive provisions involving an amount in dispute alleged to exceed US$50 billion
- Development and implementation of arbitration strategy for complex dispute arising out of gas sales agreement in South America
- Development and implementation of arbitration strategy for price reopener dispute arising out of LNG sale agreement in the Middle East
- Prosecution of breach of contract claim on behalf of U.S. company against Libyan entity in an ICC arbitration
- Defense of U.S. and Bermuda investment funds in an ICC arbitration between U.S. and Bermuda funds and Malaysia companies involving alleged violations of Korean law with an amount in dispute exceeding US$600 million
- Defense of sovereign state in Stockholm Chamber of Commerce (SCC) arbitration under a bilateral investment treaty regarding alleged expropriation
- Defense of multibillion-dollar fraud and breach of contract claims against a Chinese telecoms equipment manufacturer in an international arbitration governed by the American Arbitration Association's International Centre for Dispute Resolution rules
- Prosecution of breach of tolling agreement claim on behalf of owner and operator of a natural gas-fired generator against international consortium in an arbitration governed by the American Arbitration Association's commercial rules
- Prosecution of an international arbitration claim valued at in excess of US$50 million on behalf of a French agricultural corporation in proceedings before the American Arbitration Association, as well as successful defense of attempts to enjoin the arbitration in U.S. federal court
- Defense of Korean aerospace company in contract arbitration regarding technology transfer administered by Korean Commercial Arbitration Board under Connecticut and Korean law dispute
- Representation of European conglomerate in ad hoc arbitration under New York law arising out of post-closing purchase price adjustments dispute
- Prosecution of US$150 million commercial dispute on behalf of U.S. federal agency under American Arbitration Association Commercial Arbitration Rules, and related judicial proceedings concerning efforts to compel arbitration
- Defense of a commercial contract arbitration on behalf of a major Korean company before the Korean Commercial Arbitration Board

Litigation

- Prosecution of action to confirm and enforce arbitration award against sovereign state in U.S. District Court for District of Columbia
- Prosecution of action to confirm and enforce arbitration award against U.S.-based hedge fund in U.S. District Court for District of Delaware

- Defense of the Russian Federation and its ministers in a fraud and expropriation action brought by foreign investors in a U.S. court
- Strategic advice and management of litigation for Russian multinational company in national court proceedings relating to enforcement of arbitration awards
- Prosecution of fraud and fraudulent conveyance actions on behalf of a chapter 7 trustee in a complex liquidation bankruptcy proceeding requiring the location of significant assets concealed offshore through the use of aliases, nominees and bearer share corporate entities
- Defense of Japanese inventors in dispute with South Korean company involving allegations of theft of trade secrets and asserted preclusive effect of South Korean judgment in U.S. proceeding
- Defense of a US$160 million False Claims Act suit brought by a *qui tam* relator against a large South American construction firm following completion of a major public works project
- Defense of a multibillion-dollar RICO and common law fraud action against a foreign political figure and his family in U.S. federal trial and appellate courts
- Defense of constitutional tort and international law claims by former Iraqi detainees against a U.S. army general in connection with alleged torture in Iraq
- Defense of lobbying firm in tortious interference with business advantage and breach of contract action by foreign politician
- Defense of lobbying firm in tortious interference with prospective business advantage action by putative Indian tribe
- Representation of the Federal Deposit Insurance Corporation in a range of complex commercial disputes following the receivership of Washington Mutual Bank

Investigations & Counseling

- Conducted FCPA investigation for U.S. multinational in connection with acquisition of foreign operations, including interviews of newly acquired personnel and agents in Singapore and Malaysia
- Oversaw compliance with DOJ antitrust division grand jury subpoena and related investigation on behalf of a U.S. investment company in connection to its municipal bond derivatives business
- Counseled consortium of U.S. energy companies in relation to enforcement risks arising out of new business arrangements with a former state-sponsor of terrorism
- Counseled U.S. energy company in relation to enforcement risks associated with potential acquisition of assets from a state-owned company facing pending actions to enforce arbitral awards against it
- Counseled U.S. multinational company on sovereign immunity risks associated with potential transaction with sovereign in the Middle East

## Awards & Community

Recommended in *The Legal 500 U.S.*, 2013

Recommended in *Experts Guides to Commercial Arbitration,* 2013

## News

02 May 2017 | News Coverage

4 Takeaways From The Supreme Court's Expropriation Ruling

*Law360*

21 April 2017 | News Coverage

$31M Confirmation Bid Lacks US Connection, Co. Says

*Law360*

11 January 2017 | News Coverage

Belize Cases Leave Inconvenient Forum Defense In Play

*Law360*

## Publications, Speeches & Presentations

April 2016

2016 Baker Botts Arbitration Report - Issue 1

### Publications

28 January 2016

English Commercial Court Applies Russian Law To Join Non-Signatory Parent Entity To Arbitration Proceedings

### Updates

International Arbitration & Dispute Resolution Update

January 2016

Bloomberg BNA Litigation Practice Portfolio Series No. 652

### Publications

LOCATIONS:

AUSTIN | BEIJING | BRUSSELS | DALLAS | DUBAI | HONG KONG | HOUSTON | KUWAIT ALLIANCE |
LONDON | MOSCOW | NEW YORK | PALO ALTO | RIYADH | SAN FRANCISCO | WASHINGTON

© 2017 Baker Botts L.L.P.