# Exhibit 8



# Izabella Sarkisyan

Senior Associate

izabella.sarkisyan@bakerbotts.com

Moscow

P: +7.495.545.0786

F: +7.495.545.0778



## Practices

International Arbitration and Dispute Resolution

Litigation

## Education

Master of Laws, University College London 2007

Diploma in Law, Moscow State Linguistics University 2004

## Admission & Affiliations

Licensed in the Russian Federation, 2004

Izabella Sarkisyan concentrates primarily on dispute resolution issues. Her practice focuses on international arbitration, including both commercial and public international law disputes. Izabella has acted as counsel in both institutional and ad hoc arbitrations (including under the SCC, LCIA, UNCITRAL rules).

Prior to joining Baker Botts Moscow office Ms. Sarkisyan practiced in the firm's London office as part of its arbitration team.

Ms. Sarkisyan speaks Russian and English.

## Related Experience

- Sovereign State – UNCITRAL arbitration under the Energy Charter Treaty involving an amount in dispute alleged to exceed US$100 billion
- Sovereign state – SCC arbitration under a bilateral investment treaty regarding alleged expropriation and unfair treatment
- Danish hotel group – ICSID arbitration against the Arab Republic of Egypt
- Russian gas company – SCC arbitration regarding a contractual dispute governed by English law with amount in dispute exceeding US$250 million
- English bunker fuels company – LCIA arbitration regarding alleged breaches of services contract and charterparties
- Latvian softwood supplier ad hoc London arbitration

- U.S. oil company – LCIA arbitration against a Norwegian shipping company arising out of an FPSO offshore Equatorial Guinea
- Russian oil company – cross-border litigation in multiple jurisdictions worldwide
- UNCITRAL arbitration under Energy Charter Treaty and Ukraine-Moldova BIT – acted as secretary to the tribunal
- Russian trading company - litigation against Russian tax authorities
- Advising a U.S. energy company on different aspects of Russian labor law and PSA regime
- European Bank for Reconstruction and Development – revolving working capital and refund guarantee facility for the purposes of financing the acquisition of five aircrafts
- Major Dutch chemicals producer – advising on $40 million acquisition of a Russian paint manufacturer owning production facilities in Lipetsk

## News

27 January 2016 | News Coverage

CDR (Commercial Dispute Resolution) - - Featured articles - Russia strikes back with Swedish Yukos victory

*CDR*

25 January 2016 | News Release

Baker Botts Secures Ruling that Arbitral Tribunal in Yukos-Related Case Lacked Jurisdiction

## Publications, Speeches & Presentations

28 January 2016

English Commercial Court Applies Russian Law To Join Non-Signatory Parent Entity To Arbitration Proceedings

### Updates

International Arbitration & Dispute Resolution Update

May 2015

Choosing an Arbitrator: Factors and Strategies to Consider

### Article

Russian Arbitration Association Newsletter

LOCATIONS:

AUSTIN | BEIJING | BRUSSELS | DALLAS | DUBAI | HONG KONG | HOUSTON | KUWAIT ALLIANCE | LONDON | MOSCOW | NEW YORK | PALO ALTO | RIYADH | SAN FRANCISCO | WASHINGTON

© 2017 Baker Botts L.L.P.