# Exhibit 9

## Rosneft manipulated the judicial process in the Netherlands

**Fraud**
In the pitched battle over the holdings of the bankrupt Yukos, the Russian oil company Rosneft itself ordered the writing of judgments.

• **Renée Postma**
• **Joep Dohmen**
November 24, 2016

The Russian state-owned oil company Rosneft has manipulated the judicial process in the Netherlands. The company itself wrote judgments handed down by judges in Armenia in support of a claim in the millions against the former owners and management of the dismantled Russian oil company Yukos before the district court and court of appeals in Amsterdam.

Rosneft was helped by the American law firm Baker Botts LLP and by authorities in Armenia and Russia, including former members of the Russian secret service FSB. This is evident from dozens of emails and documents in the possession of *NRC*.

Yukos attorneys had introduced the evidence of manipulation by Rosneft to the proceedings in Amsterdam back in 2014, but it was never fully disclosed. An Armenian judge who had cooperated under duress confirmed the manipulation as a witness before the district court. He was granted political asylum in the United States.

The incriminating emails come from the computer of the director a Rosneft subsidiary and from the email box of Rosneft's Armenian attorney. Yukos does not say how it got its hands on the confidential data.

Ten years ago, Yukos was the biggest oil company in Russia, headed by Mikhail Khodorovsky. He was an important adversary of President Vladimir Putin. In 2003, he was arrested on suspicion of fraud. The Russian tax service imposed tax assessments of tens of billions of euros on Yukos. When the company subsequently went bankrupt, the oilfields, refineries, and pipelines came under the control of the state-owned oil company Rosneft.

Read the whole story: **How Rosneft bent the administration of justice to its will**

Two foreign components, a Dutch and an Armenian branch, remained out of Rosneft's hands thanks to a protective structure with Dutch foundations. Rosneft litigated in Amsterdam in order to get control of the Armenian branch. To achieve that, it was important for there to be a ruling in Armenia that Rosneft was the rightful owner of the Armenian branch.

One of the manipulated judgments is an appellate judgment handed down by the Court of Cassation in Armenia on October 29, 2010. In it, the court rules that Rosneft is the owner of the Armenian branch. This judgment influenced the judicial process in the Netherlands. On May 17, 2011, the Amsterdam Court of Appeals ruled, based on this judgment, that for the time being

1

2

Rosneft had to be recognized as a shareholder in Yukos in Armenia and that the Yukos parties had to turn all of their administration over to Rosneft.

After the documents about the manipulation in 2015 were allowed as evidence by the Amsterdam District Court, Rosneft withdrew its claim against the Armenian branch of Yukos. In the subsequent settlement, the former Yukos owners were allowed to keep those holdings with a value of at least 337 million dollars (314 million euros). That money is now being distributed among the former shareholders. The key role played by the American law firm Baker Botts is remarkable. The text of one of the decisions by the Court of Cassation was written in the Baker Botts office in Moscow. The email correspondence shows how an employee in that office acted as the ghostwriter of judgments.

In this manipulation, Rosneft relied on key figures in the judiciary and public prosecution service in Armenia, as well as on the legal adviser of Armenian President Serzh Sargsyan.

Baker Botts and Rosneft deny the charge that they influenced the administration of justice in Armenia. Yukos says that this case shows how far Russia is willing to go.



www.newtypecommunications.com

445 Fifth Avenue
New York, New York 10016
Phone 212-686-5555

## CERTIFICATION

I certify under penalty of perjury that the following is a true and correct translation into ENGLISH of the attached document(s) relating to:

Rosneft manipulated the judicial process in the Netherlands

written in DUTCH.

NEWTYPE COMMUNICATIONS, INC.

Executed on June 7, 2017

# Dutch Original of Exhibit 9

Onbeperkt nrc.nl  Alle abonnementen    Menu

Binnenland | Buitenland | Economie | Cultuur | Sport | Opinie | Wetenschap | Tech & Media | Meer

# Rosneft manipuleerde de rechtsgang in Nederland

**Fraude**

In de keiharde strijd om de bezittingen van het failliete Yukos liet het Russische staatsoliebedrijf Rosneft zelf vonnissen schrijven.

Renée Postma & Joep Dohmen   24 november 2016

Het Russische staatsoliebedrijf Rosneft heeft de rechtsgang in Nederland gemanipuleerd. Het concern schreef eigenhandig vonnissen van rechters in Armenië om voor de rechtbank en het gerechtshof in Amsterdam een miljoenenvordering te onderbouwen tegen de voormalige eigenaren en bestuurders van het ontmantelde Russische olieconcern Yukos.

Rosneft werd geholpen door het Amerikaanse advocatenkantoor Baker Botts LLP en autoriteiten in Armenië en Rusland, onder wie ex-leden van de Russische geheime dienst FSB. Dat blijkt uit tientallen e-mails en documenten in bezit van *NRC*.

De bewijzen voor de manipulatie door Rosneft zijn al in 2014 door de Yukos-advocaten ingebracht in de procedure in Amsterdam, maar nooit volledig openbaar geworden. Een Armeense rechter die onder dwang had meegewerkt, bevestigde de manipulatie als getuige voor de rechtbank. Hij kreeg politiek asiel in de Verenigde Staten.

De belastende e-mails komen uit de computer van de directeur van een dochterbedrijf van Rosneft en uit de

Beeld Anne van Wieren

e-mailbox van de Armeense advocaat van Rosneft. Yukos zegt niet hoe ze de vertrouwelijke gegevens in handen kreeg.

Advertentie

Yukos was tien jaar geleden het grootste olieconcern in Rusland, geleid door Michail Chodorkovski. Hij was een belangrijke tegenspeler van president Vladimir Poetin. In 2003 werd hij gearresteerd op verdenking van fraude. De Russische belastingdienst legde Yukos voor tientallen miljarden euro's belastingaanslagen op. Toen het concern daarna failliet ging, kwamen de olievelden, raffinaderijen en pijpleidingen in handen van staatsoliebedrijf Rosneft.

Lees het hele verhaal: **Hoe Rosneft de rechtspraak naar zijn hand zette**

Twee buitenlandse onderdelen, een Nederlandse en een Armeense tak, bleven uit handen van Rosneft dankzij een beschermingsconstructie met Nederlandse stichtingen. Rosneft procedeerde in Amsterdam om zeggenschap te krijgen over de Armeense tak. Daarvoor was het van belang dat in Armenië werd vastgesteld dat Rosneft de rechtmatige eigenaar was van de Armeense tak.

Een van de gemanipuleerde vonnissen is een arrest van 29 oktober 2010 van het Hof van Cassatie in Armenië. Daarin wordt geoordeeld dat Rosneft eigenaar is van de Armeense tak. Het arrest was van invloed op de Nederlandse rechtsgang. Het Hof Amsterdam oordeelde op 17 mei 2011 op basis van dit arrest dat Rosneft voorshands moest worden erkend als aandeelhouder van Yukos in Armenië en dat de Yukos-partijen hun volledige administratie aan Rosneft dienden te overhandigen.

Nadat de documenten over de manipulatie in 2015 door de rechtbank Amsterdam waren toegelaten als bewijs trok Rosneft haar vordering tegen de Armeense tak van Yukos in. In de schikking die daarop volgde, mochten de voormalig eigenaren van Yukos deze bezittingen ter waarde van ten minste 337 miljoen dollar (314 miljoen euro) houden. Dit geld wordt nu verdeeld onder de voormalige aandeelhouders.
Opvallend is de sleutelrol van het Amerikaanse advocatenkantoor Baker Botts. De tekst van een van de uitspraken van het Hof van Cassatie werd geschreven in de vestiging van Baker Botts in Moskou. Uit de mailwisseling blijkt hoe een medewerker van het kantoor optrad als ghostwriter van vonnissen.

Bij de manipulatie deed Rosneft een beroep op sleutelfiguren in de rechterlijke macht en het Openbaar Ministerie in Armenië, alsmede op de juridische adviseur van de Armeense president Serzj Sarkisian.

Baker Botts en Rosneft wijzen de beschuldiging dat zij de rechtspraak in Armenië hebben beïnvloed van de hand. Yukos zegt dat deze zaak laat zien hoever Rusland bereid is te gaan.