# Exhibit 12

**De** : Cameron Murphy <CMurphy@cgsh.com>
**À** : YFortier@ogilvyrenault.com <YFortier@ogilvyrenault.com>; charles.poncet@praetor.ch <charles.poncet@praetor.ch>; judgeschwebel@aol.com <judgeschwebel@aol.com>
**Cc** : Emmanuel Gaillard; Philippe Pinsolle; Yas Banifatemi; mvalasek@ogilvyrenault.com <mvalasek@ogilvyrenault.com>; bdaly@pca-cpa.org <bdaly@pca-cpa.org>; JLevine@pca-cpa.org <JLevine@pca-cpa.org>; Claudia ANNACKER <cannacker@cgsh.com>; David SABEL <dsabel@cgsh.com>; William MCGURN <wmcgurn@cgsh.com>; Matthew D SLATER <mslater@cgsh.com>; Lawrence FRIEDMAN <lfriedman@cgsh.com>; michael.goldberg@bakerbotts.com <michael.goldberg@bakerbotts.com>; jay.alexander@bakerbotts.com <jay.alexander@bakerbotts.com>
**Envoyé** : Thu Nov 04 09:19:30 2010
**Objet** : PCA Cases No. AA226 - AA227 - AA228 - Hulley Enterprises Limited et al. v. The Russian Federation

Dear Mr. Chairman and Members of the Tribunal,

Please see the attached letter submitted on behalf of Respondent in the above-referenced arbitrations.

Best regards,

Cameron

_____
J. Cameron Murphy
Cleary Gottlieb Steen & Hamilton LLP
12, rue de Tilsitt, 75008 Paris, France
t: +33 1 40 74 68 00 | f: +33 1 40 74 68 88

www.clearygottlieb.com | cmurphy@cgsh.com

```
This message is being sent from a law firm and may contain
confidential or privileged information.  If you are not
the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.
```

04/11/2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | AVOCATS AU BARREAU DE PARIS | |
|---|---|---|
| NEW YORK | 12, RUE DE TILSITT | FRANKFURT |
| WASHINGTON, DC | 75008 PARIS | COLOGNE |
| | + 33 1 40 74 68 00 | ROME |
| BRUSSELS | FAX | MILAN |
| LONDON | + 33 1 40 74 68 88 | HONG KONG |
| MOSCOW | WWW.CLEARYGOTTLIEB.COM | BEIJING |

November 4, 2010

**BY E-MAIL**

L. Yves Fortier, C.C., Q.C.  
Ogilvy Renault  
Suite 1100  
1981 McGill College Avenue  
Montréal QC H3A 3C1  
Canada

Judge Stephen M. Schwebel  
1501 K Street, NW  
Suite 410  
Washington, D.C. 20005  
USA

Dr. Charles Poncet  
Ziegler Poncet Grumbach Carrard Lüscher  
14, Cours des Bastions, P.O. Box 401  
1211 Geneva 12  
Switzerland

      Re:  Hulley Enterprises Limited v. The Russian Federation  
           Yukos Universal Limited v. The Russian Federation  
           Veteran Petroleum Limited v. The Russian Federation  
           <u>PCA Cases Nos. AA226, AA227 and AA228</u>

Dear Mr. Chairman and Members of the Tribunal:

        In accordance with Article 4 of the UNCITRAL Arbitration Rules 1976, Respondent the Russian Federation hereby notifies the Arbitral Tribunal, the Permanent Court of Arbitration ("PCA") and the Claimants of the following concerning the counsel of record representing the Russian Federation.

        Counsel of record from our firm now include Dr. Annacker and Messrs. Slater, Sabel, and McGurn, all of whom have previously appeared in this matter, as well as Lawrence B. Friedman.  Their contact information is as follows:

Letter to the Tribunal
November 4, 2010
Page 2

Dr. Claudia Annacker
Cleary Gottlieb Steen & Hamilton LLP
12, rue de Tilsitt
F-75008 Paris
France
Email: cannacker@cgsh.com
Phone: +33 1 40 74 68 00
Fax : +33 1 45 63 66 37

Matthew D. Slater
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC  20006
United States of America
Email: mslater@cgsh.com
Phone: +1 202 974 1500
Fax:  +1 202 974 1999

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
United States of America
Email: lfriedman@cgsh.com
Phone: +1 212 225 2840
Fax: +1 212 225 2840

David G. Sabel
Cleary Gottlieb Steen & Hamilton LLP
City Place House
55 Basinghall Street
London EC2V 5EH, England
Email: dsabel@cgsh.com
Phone: +44 207614 2200
Fax: +44 20 7600 1698

William B. McGurn, III
Cleary Gottlieb Steen & Hamilton LLP
Piazza di Spagna, 15
00187 Rome, Italy
Email: wmcgurn@cgsh.com
Phone: +39 06 69 52 21
Fax: +39 06 69 20 06 65

For convenience, copies of communications from the Tribunal and Claimants should be addressed to Dr. Annacker and Mr. Slater at the foregoing addresses. Robert T. Greig has retired from the firm.

Joining the foregoing as counsel of record representing the Russian Federation are Michael S. Goldberg, Jay L. Alexander, Dr. Johannes Koepp and Alejandro A. Escobar of Baker Botts LLP. All communications addressed to Respondent should accordingly also be sent to them as follows:

Michael S. Goldberg
Baker Botts LLP
910 Louisiana Street
Houston, Texas  77002-4995
United States of America
Email: michael.goldberg@bakerbotts.com
Phone: +1 713 229 1401
Fax:    +1 713 229 2801

Letter to the Tribunal
November 4, 2010
Page 3

    Jay L. Alexander
    Dr. Johannes Koepp
    Alejandro A. Escobar
    Baker Botts LLP
    41 Lothbury
    London EC2R 7HF
    United Kingdom
    Email:
     jay.alexander@bakerbotts.com
     johannes.koepp@bakerbotts.com
     alejandro.escobar@bakerbotts.com
    Phone:  +44 20 7726 3414
    Fax:     +44 20 7726 3514

        Yours sincerely,

Matthew D. Slater    Claudia Annacker

cc:    Emmanuel Gaillard, Esq.
    Yas Banifatemi, Esq.
    Philippe Pinsolle, Esq.
    Brooks W. Daly, Esq.