UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF )<br>HULLEY ENTERPRISES LTD., )<br>YUKOS UNIVERSAL LTD., and )<br>VETERAN PETROLEUM LTD. FOR AN )<br>ORDER PURSUANT TO 28 U.S.C. § 1782 )<br>TO CONDUCT DISCOVERY FOR USE IN )<br>A FOREIGN PROCEEDING ) | Misc. Action No. _____ |

**[PROPOSED] ORDER TO ISSUE SUBPOENAS TO BAKER BOTTS LLP AND MR. RYAN E. BULL FOR THE TAKING OF DEPOSITIONS AND THE PRODUCTION OF DOCUMENTS PURSUANT TO 28 U.S.C. § 1782 FOR USE IN A FOREIGN PROCEEDING**

Petitioners Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd. ("**Petitioners**"), having applied for an order granting leave to obtain discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782; and

This Court, having considered the papers submitted by the Petitioners, finds that the Application should be granted.

IT IS HEREBY ORDERED that:

(1) Petitioners' Application for discovery pursuant to 28 U.S.C. § 1782 is granted;

(2) Petitioners, through counsel or their agent, are authorized to issue, sign, and serve subpoenas upon Mr. Ryan E. Bull and Baker Botts LLP (the "**Witnesses**") in substantially the same form as attached to the Declaration of Christopher M. Ryan as Exhibits 1-4 to take discovery relating to the issues identified in this Application; and

1

(3) The Witnesses, Mr. Ryan E. Bull and Baker Botts LLP, must comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

Dated: _____         By: _____
                                          United States District Judge

## APPENDIX A

**Baker Botts LLP**

1299 Pennsylvania Ave., N.W.

Washington, D.C. 20004-2400, United States

(202) 639-7700


**Ryan E. Bull**

c/o Baker Botts LLP

1299 Pennsylvania Ave., N.W.

Washington, D.C. 20004-2400, United States

(202) 639-7986