# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., and VETERAN PETROLEUM LTD. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Misc. Action No. 1:17-mc-01466-BAH |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2017, true and correct copies of the papers listed below were served on Baker Botts LLP, c/o Mr. John Taladay, the partner in charge and the registered agent for Baker Botts LLP, 1299 Pennsylvania Ave., NW, Washington, D.C., 20004, by hand delivery to a clerk named V. Wade at that address at 11:22 a.m.  These papers included the following:

(1) Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd.'s Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding and Memorandum of Points and Authorities in Support Thereof;

(2) Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd.'s Notice of Pendency of Other Actions or Proceedings;

(3) Order to Issue Subpoenas to Mr. Mouradian for the Taking of a Deposition and the Production of Documents Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding;

1

(4) Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd.'s Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding and Statement of Points and Authorities in Support Thereof;

(5) Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd.'s Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court; and

(6) Order on Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd.'s Request to Proceed Ex Parte and to Obtain a Waiver of Notice Pursuant to Local Rules 40.5(b)(2) & (3) of the United States District Court for the District of Columbia.

Dated:  June 28, 2017

      */s/ Christopher Ryan*
Christopher Ryan (DC Bar No. 476661)
SHEARMAN & STERLING LLP
401 9th Street, N.W.
Washington, D.C. 20004-2128
Telephone: (202) 508-8000
E-mail:   christopher.ryan@shearman.com