UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD., and VETERAN PETROLEUM LTD. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Misc. Action No. 1:17-mc-01466-BAH |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2017, true and correct copies of the papers listed below were served on Mr. Ryan E. Bull, Baker Botts LLP, 1299 Pennsylvania Ave, N.W., Washington, D.C., 20004, by hand delivery to a clerk named V. Wade at that address at 11:22 a.m.  These papers included the following:

(1) Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd.'s Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding and Memorandum of Points and Authorities in Support Thereof;

(2) Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd.'s Notice of Pendency of Other Actions or Proceedings;

(3) Order to Issue Subpoenas to Mr. Mouradian for the Taking of a Deposition and the Production of Documents Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding;

(4) Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd.'s Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding and Statement of Points and Authorities in Support Thereof;

(5) Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd.'s Notice of Designation of Related Civil Cases Pending in this or Any Other United States Court; and

(6) Order on Hulley Enterprises Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd.'s Request to Proceed Ex Parte and to Obtain a Waiver of Notice Pursuant to Local Rules 40.5(b)(2) & (3) of the United States District Court for the District of Columbia.

Dated: June 28, 2017

    */s/ Christopher Ryan*
Christopher Ryan (DC Bar No. 476661)
SHEARMAN & STERLING LLP
401 9th Street, N.W.
Washington, D.C. 20004-2128
Telephone: (202) 508-8000
E-mail:   christopher.ryan@shearman.com