UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD..., AND VETERAN PETROLEUM LTD., FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Misc. Case No. 17-1466 (BAH)<br><br>Chief Judge Beryl A. Howell |

## RESPONDENTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION

Respondents Baker Botts LLP and Ryan Bull hereby request a one-week extension of time by which to file their opposition to the application for an order pursuant to 28 U.S.C. § 1782. By order dated June 23, 2017, the Court directed the applicants to serve the application by June 27, and directed respondents to file their opposition no later than July 11, with applicants' reply due by July 18. The application was served on June 27, but due to the complexity of the matter and the July 4 holiday, respondents are unable effectively to prepare and file their response by July 11. Accordingly, respondents request an extension to and including July 18, 2017, within which to file their opposition.

Counsel is authorized by Christopher Ryan, counsel for applicants, to represent that applicants consent to this request. Counsel has also represented to Mr. Ryan that respondents will consent to any reasonable request by applicants for an extension of time within which to reply.

Respectfully submitted,

_/s/ William H. Jeffress, Jr._
William H. Jeffress, Jr.
Julia E. Guttman
Baker Botts, LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

*Counsel for Respondents*

Active 35743797.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF HULLEY ENTERPRISES LTD., YUKOS UNIVERSAL LTD..., AND VETERAN PETROLEUM LTD., FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Misc. Case No. 17-1466 (BAH) <br><br> Chief Judge Beryl A. Howell |

**[PROPOSED] ORDER**

Upon consideration of the motion by respondents Baker Botts LLP and Ryan Bull for an order extending the time by which to file an opposition to the Application, and of the consent by the applicants, it is hereby

ORDERED that respondents may file their opposition to the Application no later than July 18, 2017, and the applicants may file a reply by July 25, 2017, unless further extended upon motion of the applicants.

BERYL A. HOWELL
CHIEF JUDGE

DATED:    July ____, 2017