# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Application of ) | |
| ) | |
| HULLEY ENTERPRISES LTD.; YUKOS ) | Misc. Action No.: 17-mc-01466 (BAH) |
| UNIVERSAL LTD.; and VETERAN ) | |
| PETROLEUM LTD. ) | |
| ) | |
| FOR AN ORDER PURSUANT TO 28 ) | |
| U.S.C. § 1782 TO CONDUCT ) | |
| DISCOVERY FOR USE IN A FOREIGN ) | |
| PROCEEDING ) | |

### DECLARATION OF WILLIAM H. JEFFRESS IN SUPPORT OF
### THE OPPOSITION OF BAKER BOTTS AND RYAN E. BULL
### TO APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

I, William H. Jeffress, Jr., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner of Baker Botts L.L.P. and a member of the District of Columbia Bar, as well as the Bar of the United States District Court for the District of Columbia. I am acting as counsel in this matter for Baker Botts L.L.P and Ryan E. Bull. I submit this declaration in support of the opposition of Baker Botts and Mr. Bull to the application by Hulley Enterprises, Ltd., Yukos Universal Ltd., and Veteran Petroleum Ltd. (collectively, the "Yukos Petitioners") for discovery pursuant to 28 U.S.C. § 1782.

2. Baker Botts has had an attorney client relationship with Rosneft Oil Company ("Rosneft") since at least 2006. Baker Botts advised Rosneft in connection with Yukos-related disputes in Armenia, the Netherlands and the British Virgin Islands. In all of those matters, Baker Botts represented Rosneft only, not the Russian Federation. The Russian Federation was not party to that litigation. Baker Botts also advised Rosneft in a London arbitration concerning the validity of a guarantee issued by Yuganskneftegaz in favor of an entity associated with the

Yukos Petitioners. Baker Botts currently advises Rosneft in connection with the Yukos Petitioners' threats to attempt to enforce their Energy Charter Treaty arbitration awards against Rosneft.

3. Baker Botts has represented the Russian Federation in various Yukos-related proceedings since 2005, including *Allen et al. v. Russian Federation et al.*, Case No. 05-2077 (CKK) (D.D.C.) and *Rovime Inversiones SICAV S.A. et al. v. Russian Federation*, Stockholm Chamber of Commerce Case No. 24/2007. The latter case involved claims by Spanish investors that the Russian Federation had expropriated Yukos Oil Company in violation of international law and the Spanish-Russian bilateral investment treaty. Baker Botts also joined the Russian Federation's legal team in 2010 in connection with the Yukos Petitioners' claims under the Energy Charter Treaty. Baker Botts supported Cleary Gottlieb Steen & Hamilton, which served as lead counsel. Since January 2016, Baker Botts has not acted as counsel to the Russian Federation in any matters.

4. Attached hereto as Exhibit A is a true and correct copy of an article titled "Yukos Unit Up for Sale at Discount Price," The Moscow Times, October 13, 2004.

5. Attached hereto as Exhibit B is a true and correct copy of an article titled "Yukos Investors Settle With Rosneft, Russia's State Oil Company," The New York Times, April 1, 2015.

6. Attached hereto as Exhibit C is a true and correct copy of the Answer, Affirmative Defenses, Amended Counterclaims and Third Party Complaint of Daniel Caleb Feldman, filed on January 28, 2016, in *Yukos Capital S.A.R.L. et al. v. Feldman*, Case No. 15 Civ. 4964 (LAK).

7. Attached hereto as Exhibit D is a translation of a judgment, dated May 29, 2013, from the Amsterdam District Court in *Wincanton Holding B.V. v. Stichting Administratiekantoor Financial Performance Holdings et al.*, Case No. C/13/473766. The opening pages of the judgment confirm that De Brauw Blackstone Westbroek, through E.R. Meerdink and G.W. van der Bend, acted as counsel in the proceeding for Consolidated Nile L.P., General Nile L.L.C., Daniel Caleb Feldman, and Armen Laurenti Mikayelyan. A Dutch language version of the judgment is publicly available at https://uitspraken.rechtspraak.nl/inziendocument?id=ECLI:NL:RBAMS:2013:CA1411&showbutton=true (last visited on July 14, 2017).

8. Attached hereto as Exhibit E is a true and correct copy of a judgment in Dutch preliminary relief proceedings of November 5, 2015 showing that De Brauw Blackstone Westbroek acted through E.R. Meerdink on behalf of Stichting Administratiekantoor Yukos International, and two additional parties in Case No. C/13/589074 involving OAO Promneftstroy and other parties. The judgment also shows that Hulley Enterprises Limited, Yukos Universal Limited, and Veterans Petroleum Limited were parties to that case. This judgment was filed in *Hulley Enterprises Ltd. et al. v. Russian Federation*, Case No. 1:14-cv-01996 (D.D.C.), ECF 117-5.

9. Attached hereto as Exhibit F is a true an correct copy of Testimony from Timothy William Osborne to the Helsinki Commission Hearing, October 21, 2015.

10. Attached hereto as Exhibit G is a true and correct copy of an article titled "Yukos owners seek $50 billion in Russian assets," Star Tribune, July 29, 2014, available at www.pressreader.com/usa/star-tribune/20140729/282690455327310 (visited on July 5, 2017).

11.     Attached hereto as Exhibit H is a true and correct copy of the Declaration of Marnix Leijten, dated May 12, 2016, as filed in *Hulley Enterprises Ltd. et al. v. Russian Federation*, Case No. 1:14-cv-01996 (D.D.C.), ECF 105-2.

12.     Attached hereto as Exhibit I is a true and correct copy of an English version of the Code of Conduct of the Netherlands Bar Association, "The Rules of Conduct of Advocates 1992."

13.     Attached hereto as Exhibit J is a true and correct copy of an article on Legal Professional Privilege in the Netherlands by Bertjan de Lange.

14.     Attached hereto as Exhibit K is a true and correct copy of an extract from an unofficial translation of the Dutch Criminal Code.

15.     Attached hereto as Exhibit L is a true and correct copy of an Order, dated June 11, 2009, of the U.S. District Court for the District of Columbia in *In the matter of the Application of Mikhail B. Khodorkovsky for an Order Seeking Discovery Under 28 U.S.C. § 1782*, Misc. No. 09-205 (RWR/AK).

16.     Attached hereto as Exhibit M is a true and correct copy of an article titled "Yukos Investors Want To Subpoena Attys In $50B Awards Row," published on June 20, 2017, and available at https://www.law360.com/articles/936521/yukos-investors-want-to-subpoena-attys-in-50b-awards-row (visited on July 14, 2017).

17.     Attached hereto as Exhibit N is a true and correct copy of an article titled "Yukos investors target Rosneft counsel with discovery requests," published on June 21, 2017 by Global Arbitration Review and available at http://globalarbitrationreview.com/article/1143347/yukos-investors-target-rosneft-counsel-with-discovery-requests (visited on July 14, 2017).

18. Attached hereto as Exhibit O is a true and correct copy of an article titled "Yukos Investors Are Searching for Justice. One Key Tool in Their Arsenal: Investment Treaty Arbitration," Michael Goldhaber, June 2005, The American Lawyer.

July 18, 2017

Respectfully submitted,

William H. Jeffress, Jr.

*Counsel to Baker Botts L.L.P. and Ryan E. Bull*